

June 05, 2015

To Paul J. Nicoletti,

    I have received your SUMMONS IN A CIVIL ACTION, referencing Case no. 2:15-cv-10327-GER-DRG.  I did however notice that there seems to be some missing information.  Your Lawsuit states that there are Exhibits attached to this.  However, I am not seeing "stated" Exhibits.  The last page I have is the page that is a DEMAND FOR A JURY TRIAL.  Nevertheless, I am making you reasonably aware that I will be awaiting a Trial date from your office, and/or from the United States District Court for the Eastern District of Michigan.  I have gathered the necessary information I need to prove that I did not download any files from a site named, "X-Art.com" on 12/09/14 @ 21:17:40 GMT (18:17:40 EST).

    I did try to contact your office many times, approximately 8 times via your telephone system, to no avail.  As I have never had any issues with the law in the past, I am regretfully unaware of the proper method of contacting anyone in a matter such as this.  So I am sending this letter as written proof and as a statement of facts against your client's claims of Copyright Infringement.

    As a tax paying citizen in good standing with the Laws of this land, and no criminal record whatsoever, I will not be wrongfully charged with something I did not do.  This Corporate Troll will not have me standing idly by as they attempt to extort any money from me, or slander my good name in an attempt to increase their Corporate profits at my expense.

    Upon being found innocent of any and all of these slanderous charges, I will counter sue for Defamation of Character.  I will also be seeking any and all Attorneys' fees and costs to be compensated, as well as any other and further relief the Court deems just and proper.

Respectfully,

Richard A. Harris
7480 S. Huron River Dr.
Ypsilanti, MI.  48197

FILED

JUN 10 2015
CLERK'S OFFICE
U.S. DISTRICT COURT

Richard A. Harris
7880 S. Huron River Dr.
Ypsilanti, MI 48197

CERTIFIED MAIL™

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7013 3020 0000 8109 2268

7013 3020 0000 8109 2268

Clerk's Office
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd, Room 564
Detroit, MI 48226

UNITED STATES
POSTAL SERVICE®

1000

48226

U.S. POSTAGE
PAID
FLAT ROCK, MI
JUN 09, 15
AMOUNT
$5.34
R2304M115555-05

48226271839