(15-10327)

This letter is in answer to the ORDER GRANTING PLAINTIFF'S MOTION FOR MORE DEFINITE STATEMENT [12].

After re-reading the Exculpatory Evidence Request form that I received from Mr. Nicolleti, and reviewing the item marked #12, I do not have anything further to add. As I stated in my original answer sheet, that is the extent of knowledge I have on this. I stated during our conference call that I answered all of the questions to the best of my ability. Sorry I can not recollect anything more.

Included is a copy of what I received also. I am working a new job and can NOT be taking time off work. I do not have people under me to take care of this type of ridiculousness! If Mr. Nicolleti is not satisfied with my answers, I am not sure what to say, I answered the Exculpatory Evidence Request form both honestly, and with intent on giving ALL the knowledge I have.

Best regards,

Richard A. Harris
7480 S. Huron River Dr.
Ypsilanti, MI. 48197

FILED
SEP 24 2015
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
HON. DAVID R. GRAND
UNITED STATES MAGISTRATE JUDGE
200 EAST LIBERTY STREET, SUITE 120
ANN ARBOR, MICHIGAN 48104

OFFICIAL BUSINESS

METROPLEX
MI 480
28 AUG '15
PM 1 T

Richard Harris
7480 S. Huron Rvier Dr.
Ypsilanti, MI 48197

4819789380

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
|     Plaintiff, | ) Civil Action No. 15-10327 |
| | ) District Judge Gerald E. Rosen |
| | ) Magistrate Judge David R. Grand |
| RICHARD HARRIS, | ) |
|     Defendant. | ) |

## ORDER GRANTING PLAINTIFF'S MOTION FOR MORE DEFINITE STATEMENT [12]

THIS CAUSE, having come before the Court upon Plaintiff Malibu Media's Motion for More Definite Statement Regarding Defendant's Answer (Doc. #12); Defendant Richard Harris having verbally agreed in a telephone conference held on July 17, 2015, to provide a more definite answer; and the Court being duly advised in the premises;

**IT IS HEREBY ORDERED** that Plaintiff's Motion for More Definite Statement Regarding Defendant's Answer (Doc. #12) is **GRANTED**. Defendant Richard Harris shall file an amended answer to Plaintiff's complaint that fully and completely complies with the Federal Rules of Civil Procedure, including, in particular Rule 8, within fourteen (14) days of the date of this Order.

**SO ORDERED.**

Dated: August 19, 2015　　　　　　　　s/David R. Grand
Ann Arbor, Michigan　　　　　　　　　DAVID R. GRAND
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

## CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 19, 2015.

                                                    s/Eddrey O. Butts
                                                    EDDREY O. BUTTS
                                                    Case Manager